UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARYAM KARIMI,<br><br>               Plaintiff,<br><br>v.<br><br>TOWN OF BROOKLINE,<br><br>               Defendant. | CIVIL ACTION NO. 20-12127-AK |

## SETTLEMENT ORDER OF DISMISSAL

A. KELLEY, D.J.

The Court having been advised on August 24, 2022, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within sixty (60) days if settlement is not consummated.

8/24/2022
Date

By the Court,

/s/ Miguel Lara
Deputy Clerk