UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARYAM KARIMI,

       Plaintiff,

v().                                                  Civil Action No. 20-12127

TOWN OF BROOKLINE,

       Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties, by their respective counsel, hereby stipulate to the dismissal of the above-captioned matter with prejudice and waiving any right to appeal, with each party bearing its own costs.

Respectfully submitted,

| MARYAM KARIMI | TOWN OF BROOKLINE |
|---|---|
| By her attorneys, | By its attorneys |
| ____/s John McK. Pavlos_____ | /s/ Robert D. Hillman_____ |
| John McK. Pavlos (BBO #641113) | Robert D. Hillman, BBO#552637 |
| LAW OFFICE OF JOHN PAVLOS | Jennifer F. King, BBO#698634 |
| 9 Canton Street | VALERIO DOMINELLO & HILLMAN |
| Randolph, MA 02368 | One University Ave, Suite 300B |
| attorneypavlos@gmail.com | Westwood, MA 0290 |
| (508) 930-6465 | (617) 862 - 2005 |
| | Robert.Hillman@VDHBoston.com |
| | Jennifer.King@VDHBoston.com |

___/s Brooks A. Ames_____
Brooks A. Ames (BBO #641192)
BROOKLINE JUSTICE LEAGUE, INC.
1309 Beacon Street, 3rd Floor
Brookline, MA 02446
brooksames1@gmail.com
(617) 763-5526

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each party by *electronic and first-class mail* on this date.

/s/Robert Hillman

DATE: October 20, 2022